# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 18-1705        **Short Title:** US v. Lisa Biron

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Lisa Biron _____ as the

[ ] appellant(s)        [✔] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Seth R. Aframe                              August 1, 2018
Signature                                       Date

Seth R. Aframe
Name

US Attorney's Office - District of NH           603-225-1552
Firm Name (if applicable)                       Telephone Number

53 Pleasant Street, 4th Floor                   603-225-1470
Address                                         Fax Number

Concord, NH 03301                               seth.aframe@usdoj.gov
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 87645

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).