Lisa A. Biron
Reg. # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

2018 AUG -6 PM 2:36

Clerk of Court
First Cir. Court of Appeals
One Courthouse Way
Boston, MA 02210-3011

July 31, 2018

Re: Application for Certificate of Appealability

Dear Clerk:

On July 23, 2018, you received at the Court, via Certified Mail, my Application for a Certificate of Appealability. As of yesterday, the filing has not appeared on PACER as filed.

You should also be receiving notice from the NH District Court of a Notice of Appeal that was filed with that court to appeal the denial of a Motion Under Rule 60(b).

Just to clarify, the Application for the COA is in regard to the denial of my Motion Under 28 U.S.C. § 2255, which was filed by my former habeas attorney Charles Keefe. The NOA is in regard to the Motion Under Rule 60(b), which was filed by me, pro se.

I plan to request a stay on the appeal of the Rule 60(b) Motion-denial pending the decision on my Application for a Certificate of Appealability.

Thank you for your consideration in this matter and for scanning my filings into your ECF System.

Sincerely,

*Lisa Biron*

Lisa Biron

Cc: Michael Bonczar, POA

Name: Lisa Biron   Reg# 12775-049
Federal Correctional Institution Unit D
P.O. Box 1731
Waseca, MN 56093

MINNEAPOLIS MN 554
01 AUG 2018 PM 1 T

⇔12775-049⇔
First Cir Ct Of Appeals
Clerk of Court
1 Courthouse WAY
Boston, MA 02210-3011
United States

USMS SCREENED