# United States Court of Appeals
## For the First Circuit

No. 18-1705

LISA BIRON

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**ORDER OF COURT**

Entered: August 9, 2018
Pursuant to 1st Cir. R. 27.0(d)

Pursuant to Rule 11(a) of the Rules Governing Section 2255 Proceedings, "the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." On July 17, 2018, the district court entered a final order adverse to the petitioner but failed to address whether a certificate of appealability would issue. The district court is requested to issue or deny a certificate of appealability within two weeks of the date of this order and to forward its decision to this court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hon. Paul J. Barbadoro
Daniel Lynch, Clerk, United States District Court for the District of New Hampshire
Lisa Biron
John Paul Kacavas
Donald A. Feith
Seth R. Aframe
Helen White Fitzgibbon