APPEAL,CLOSED,MAJOR

# U.S. District Court
# District of New Hampshire (Concord)
# CRIMINAL DOCKET FOR CASE #: 1:12−cr−00140−PB−1

| | |
|---|---|
| Case title: USA v. Biron | Date Filed: 11/14/2012 |
| | Date Terminated: 05/28/2013 |

Assigned to: Judge Paul J. Barbadoro

Appeals court case numbers: 13−1698 First Circuit Court of Appeals, 18−1705 FIRST CIRCUIT COURT OF APPEALS

### Defendant (1)

| | |
|---|---|
| **Lisa Biron**<br>*TERMINATED: 05/28/2013* | represented by **James H. Moir**<br>Moir & Rabinowitz, PLLC<br>5 Green St<br>Concord, NH 03301<br>603 224−3500<br>Email: jim@moirlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. §2423(a) and 2427 − Transportation with intent to engage in criminal sexual activity (1s) | Sentenced to a total term of 480 months, and a lifetime term of supervised release with special conditions; $800 special assessment due immediately. |
| 18 U.S.C. §2251(a) and 2256 − Sexual Exploitation of Children (2s−7s) | Sentenced to a total term of 480 months, and a lifetime term of supervised release with special conditions; $800 special assessment due immediately. |
| 18 U.S.C. §2252A(a)(5)(B) − Possession of child pornography (8s) | Sentenced to a total term of 480 months, and a lifetime term of supervised release with special conditions; $800 special assessment due immediately. |

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|

| | |
|---|---|
| 18:2423(a) Transportation with intent to engage in criminal sexual activity<br>(1) | Dismissed. |
| 18:2251(a) and 2256 Sexual exploitation of children<br>(2−6) | Dismissed. |
| 18:2252A(a)(5)(B) Possession of child pornography<br>(7) | Dismissed. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**    represented by    **Helen W. Fitzgibbon**
US Attorney's Office (NH)
James C. Cleveland Federal Building
53 Pleasant St, 4th Flr
Concord, NH 03301−0001
603 225−1552
Email: helen.fitzgibbon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Paul Kacavas−USA**
US Attorney's Office (NH)
James C Cleveland Federal Bldg
53 Pleasant St, 4th Flr
Concord, NH 03301
603 225−1552
Email: USANH.ECFCriminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald A. Feith**
US Attorney's Office (NH)
James C Cleveland Federal Bldg
53 Pleasant St, 4th Flr
Concord, NH 03301
603 225−1552
Email: donald.feith@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Seth R. Aframe**
US Attorney's Office (NH)
James C Cleveland Federal Bldg
53 Pleasant St, 4th Flr
Concord, NH 03301
603 230–2532
Email: seth.aframe@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/14/2012 | 1 | | INDICTMENT as to Lisa Biron (1) count(s) 1, 2–6, 7. *Original document available in clerks office.*(mxm) Modified on 11/16/2012 to remove "SEALED" (kad). (Entered: 11/16/2012) |
| 11/14/2012 | 3 | | Praecipe for Warrant by USA as to Lisa Biron. (mxm) (Entered: 11/16/2012) |
| 11/14/2012 | 4 | | MOTION to Seal Case at Level I until defendant is taken into custody by USA as to Lisa Biron. (mxm) (Entered: 11/16/2012) |
| 11/14/2012 | | | **ENDORSED ORDER granting 4 Motion to Seal Case at Level I as to Lisa Biron (1).** *Text of Order: Granted* **So Ordered by Magistrate Judge Daniel J. Lynch. (mxm)** (Entered: 11/16/2012) |
| 11/16/2012 | | | Arrest of Lisa Biron. (kad) (Entered: 11/16/2012) |
| 11/16/2012 | | | NOTICE to Attorneys of Record: The case has been unsealed. Defendant taken into custody. All future pleadings shall be filed in accordance with this district's Supplemental Rules for Electronic Case Filing. (kad) (Entered: 11/16/2012) |
| 11/16/2012 | | | NOTICE OF HEARING as to Lisa Biron. Initial Appearance/Arraignment set for 11/16/2012 03:00 PM before Magistrate Judge Landya B. McCafferty. (kad) (Entered: 11/16/2012) |
| 11/16/2012 | 7 | | **CJA 20 as to Lisa Biron: Appointment of Attorney James H. Moir for Lisa Biron for criminal case representation. Assignment accepted on 11/16/2012. NOTICE: COUNSEL SHALL PRINT AND SUBMIT COMPLETED VOUCHER FOR PAYMENT AT APPROPRIATE TIME. Signed by Clerk James R. Starr. Follow up on submission of CJA Voucher on 5/20/2013. (Attachments: # 1 CJA Attorney Fact Sheet)(ko)** (Entered: 11/21/2012) |
| 11/16/2012 | 8 | | MOTION to Appoint Counsel with Financial Declaration by Lisa Biron. *Original document available in clerks office.* (ko) (Entered: 11/21/2012) |
| 11/16/2012 | | | **ENDORSED ORDER approving 8 Motion to Appoint Counsel as to Lisa Biron (1).** *Text of Order: Request Approved. Appoint counsel.* **So Ordered by Magistrate Judge Landya B. McCafferty. (ko)** (Entered: 11/21/2012) |
| 11/16/2012 | | | Minute Entry for proceedings held before Magistrate Judge Landya B. McCafferty: INITIAL APPEARANCE and ARRAIGNMENT as to Lisa Biron (1) Counts 1,2–6,7 held on 11/16/2012. Defendant advised of rights & charges, waived reading of indictment, and pled not guilty. Court approves financial affidavit. Defendant detained, order to issue. Trial Date: 1/8/2013, 3–4 days. (Tape #3:27) (Govt Atty: Helen Fitzgibbon) (Defts Atty: James Moir) (USP: |

| | | | |
|---|---|---|---|
| | | | Melissa Elworthy)(Total Hearing Time: 36 minutes)(CJA Time: 1 hr, 3 minutes) (ko) (Entered: 11/21/2012) |
| 11/19/2012 | 5 | | **ORDER OF DETENTION as to Lisa Biron. So Ordered by Magistrate Judge Landya B. McCafferty. (vln)** (Entered: 11/19/2012) |
| 11/20/2012 | 6 | | NOTICE OF ATTORNEY APPEARANCE: James H. Moir appearing for Lisa Biron . (Moir, James) (Entered: 11/20/2012) |
| 11/21/2012 | | | TRIAL NOTICE: Jury Selection/Trial set for two week period beginning 1/8/2013 09:30 AM before Judge Paul J. Barbadoro. Final Pretrial Conference set for 12/18/2012 02:00 AM before Judge Paul J. Barbadoro. JERS Statement due 12/18/2012. Any motion to continue shall be filed 1 week before the Final Pretrial Conference or the Final Pretrial will be held as scheduled.(vln) (Entered: 11/21/2012) |
| 12/17/2012 | | | CORRECTED NOTICE OF HEARING as to Lisa Biron. Final Pretrial Conference set for 12/18/2012 02:00 PM before Judge Paul J. Barbadoro. (vln) (Entered: 12/17/2012) |
| 12/17/2012 | 9 | | NOTICE OF ATTORNEY APPEARANCE John Paul Kacavas appearing for USA. (Kacavas, John) (Entered: 12/17/2012) |
| 12/17/2012 | 10 | | Arrest Warrant Returned Executed on 11/16/2012 as to Lisa Biron. (vln) (Entered: 12/19/2012) |
| 12/21/2012 | 11 | | Proposed Voir Dire by Lisa Biron. (Moir, James) (Entered: 12/21/2012) |
| 01/02/2013 | 12 | | SUPERSEDING INDICTMENT as to Lisa Biron (1) count(s) 1s, 2s–7s, 8s. *Original document available in clerks office.*(vln) (Entered: 01/02/2013) |
| 01/02/2013 | 14 | | Praecipe for Warrant by USA as to Lisa Biron. (vln) (Entered: 01/02/2013) |
| 01/02/2013 | | | NOTICE OF HEARING as to Lisa Biron. Arraignment set for 1/3/2013 at 02:30 PM before Magistrate Judge Landya B. McCafferty. (ko) (Entered: 01/02/2013) |
| 01/02/2013 | 15 | | FINAL WITNESS LIST by USA as to Lisa Biron. (Fitzgibbon, Helen) (Entered: 01/02/2013) |
| 01/02/2013 | | | Arrest Warrant Issued as to Lisa Biron. Original warrant and copies to US Marshal and US Probation. (vln) (Entered: 01/02/2013) |
| 01/03/2013 | 16 | | Arrest Warrant Returned Executed on 1/2/2013 as to Lisa Biron. (vln) (Entered: 01/03/2013) |
| 01/03/2013 | 17 | | **ORDER as to Lisa Biron 5 Order of Detention. Defendant shall have no contact (either direct or indirect) with the minor victim between now and the resolution of this case. So Ordered by Magistrate Judge Landya B. McCafferty. (vln)** (Entered: 01/03/2013) |
| 01/03/2013 | | | Minute Entry for proceedings held before Magistrate Judge Landya B. McCafferty: ARRAIGNMENT as to Lisa Biron (1) Counts 1s,2s–7s,8s held on 1/3/2013. Defendant waived reading of indictment and pled not guilty. Order to issue. (Tape #2:39) (Govt Atty: Helen Fitzgibbon, John Kacavas) (Defts Atty: James Moir) (USP: Melissa Elworthy)(Total Hearing Time: 8 minutes)(CJA Time: 17 minutes) (ko) (Entered: 01/04/2013) |

| | | | |
|---|---|---|---|
| 01/07/2013 | 19 | | MOTION in Limine re: Electronic Communication by Lisa Biron. Follow up on Objection on 1/25/2013. (Moir, James) (Entered: 01/07/2013) |
| 01/07/2013 | 20 | | MOTION in Limine *404(b)* by Lisa Biron. Follow up on Objection on 1/25/2013. (Moir, James) (Entered: 01/07/2013) |
| 01/07/2013 | 21 | | MOTION in Limine re: Exhibit List *Exhibit List* by Lisa Biron. Follow up on Objection on 1/25/2013. (Moir, James) (Entered: 01/07/2013) |
| 01/07/2013 | 22 | | Amended MOTION in Limine re: Electronic Communication by Lisa Biron. Follow up on Objection on 1/25/2013. (Moir, James) (Entered: 01/07/2013) |
| 01/07/2013 | | | NOTICE of ECF Filing Error re: 20 MOTION in Limine *404(b)* filed by Lisa Biron, 22 Amended MOTION in Limine re: Electronic Communication filed by Lisa Biron, 21 MOTION in Limine re: Exhibit List *Exhibit List* filed by Lisa Biron, 19 MOTION in Limine re: Electronic Communication filed by Lisa Biron. Filer used the wrong event. Filer should have used Motions and Related Filings / Objections, Responses and Replies. NO ACTION REQUIRED – FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603−226−7733. (vln) (Entered: 01/07/2013) |
| 01/08/2013 | 23 | | RESPONSE to Motion by USA as to Lisa Biron re 20 MOTION in Limine *404(b)* . (Kacavas, John) (Entered: 01/08/2013) |
| 01/08/2013 | 25 | | Proposed Jury Instructions by Lisa Biron. (Moir, James) (Entered: 01/08/2013) |
| 01/08/2013 | | | Minute Entry for proceedings held before Judge Paul J. Barbadoro: JURY SELECTION – Day 1 as to Lisa Biron held on 1/8/2013. (Court Reporter: Sandra Bailey) (Govt Atty: John Kacavus, Helen Fitzgibbon) (Defts Atty: James Moir)(Total Hearing Time: 2:05)(CJA Time: 2:05) (vln) (Entered: 01/08/2013) |
| 01/09/2013 | 26 | | Proposed Jury Instructions by USA as to Lisa Biron. (Feith, Donald) (Entered: 01/09/2013) |
| 01/09/2013 | | | Minute Entry for proceedings held before Judge Paul J. Barbadoro: JURY TRIAL – Day 2 as to Lisa Biron held on 1/9/2013. Evidence introduced. Witnesses Appearing: Kevin Watson, Brandon Ore, Robert Hardy, Lisa Brien, Richard Nanan, Michael Gibley, Michael Biron. (Court Reporter: Sandra Bailey) (Govt Atty: John Kacavus, Helen Fitzgibbon) (Defts Atty: James Moir)(Total Hearing Time: 5:05)(CJA Time: 5:05) (vln) (Entered: 01/10/2013) |
| 01/10/2013 | | | Minute Entry for proceedings held before Judge Paul J. Barbadoro: JURY TRIAL – Day 3 as to Lisa Biron held on 1/10/2013. Evidence introduced. Witnesses Appearing: James Scripture. Closing arguments. Court charges jury. Jury retires to deliberate. Jury deliberations. Jury returns verdict. (Court Reporter: Sandra Bailey) (Govt Atty: John Kacavus, Helen Fitzgibbon) (Defts Atty: James Moir)(Total Hearing Time: 2:05)(CJA Time: 2:05) (vln) (Entered: 01/10/2013) |
| 01/10/2013 | 27 | | FINAL EXHIBIT LIST by USA as to Lisa Biron. (vln) (Entered: 01/10/2013) |
| 01/10/2013 | 28 | | JURY Instructions as to Lisa Biron. (vln) (Entered: 01/10/2013) |
| 01/10/2013 | 29 | | |

| | | | |
|---|---|---|---|
| | | | JURY VERDICT as to Lisa Biron (1) Guilty on Count 1s,2s–7s,8s. *Original document available in clerks office.*(vln) (Entered: 01/10/2013) |
| 01/10/2013 | | | NOTICE OF HEARING as to Lisa Biron. Sentencing set for 4/22/2013 10:30 AM before Judge Paul J. Barbadoro.*The court has allotted 1 hour for the hearing. Please contact the court immediately if you anticipate the hearing will exceed the allotted time.* **Any motion seeking a departure or variance, as well as any sentencing memorandum, shall be filed 10 days prior to the sentencing date. Any response shall be filed 4 days prior to sentencing date.(vln) (Entered: 01/10/2013)** |
| 01/11/2013 | | | **COST CONTAINMENT INTERIM CJA 20, Interim Voucher #1 as to Lisa Biron: Authorization to Pay James Moir, Esq. for Offense Code 6110. Amount Withheld this Voucher: $0.00. Total Amount Paid this Voucher: $9,824.89. So Ordered by Judge Paul J. Barbadoro.** *(Original document available in clerks office.)* **(js)** Modified on 9/26/2013 to unseal entry and add "COST CONTAINMENT" (js). (Entered: 01/11/2013) |
| 01/29/2013 | | | **ENDORSED ORDER denying as moot all pending motions not previously resolved at trial. So Ordered by Judge Paul J. Barbadoro. (vln)** (Entered: 01/29/2013) |
| 02/21/2013 | | | **COST CONTAINMENT INTERIM CJA 20, Interim Voucher #2 as to Lisa Biron: Authorization to Pay James Moir, Esq. for Offense Code 6110. Total Amount Paid this Voucher: $5,100.00. Certified by USDC Judge Paul Barbadoro on January 17, 2013. Approved by USCA Judge O. Rogeriee Thompson on February 13, 2013.** *(Original document available in clerks office.)* **(js)** Modified on 9/26/2013 to unseal entry and add "COST CONTAINMENT" (js). (Entered: 02/21/2013) |
| 03/08/2013 | 33 | | Assented to MOTION to Extend Time PSR Submission Date by Lisa Biron. (Moir, James) (Entered: 03/08/2013) |
| 03/08/2013 | | | **ENDORSED ORDER granting 33 Motion to Extend Time for PSR Submission as to Lisa Biron (1).** *Text of Order: Granted.* **So Ordered by Judge Paul J. Barbadoro. (vln)** (Entered: 03/08/2013) |
| 03/28/2013 | 34 | | Assented to MOTION to Continue Sentencing *Sentencing* by Lisa Biron. (Moir, James) (Entered: 03/28/2013) |
| 03/29/2013 | | | **ENDORSED ORDER granting 34 Assented to MOTION to Continue** *Sentencing* **as to Lisa Biron (1).** *Text of Order: Granted.* **So Ordered by Judge Paul J. Barbadoro. Sentencing set for 5/22/2013 10:00 AM before Judge Paul J. Barbadoro.***The court has allotted 1 hour for the hearing. Please contact the court immediately if you anticipate the hearing will exceed the allotted time.* **Any motion seeking a departure or variance, as well as any sentencing memorandum, shall be filed 10 days prior to the sentencing date. Any response shall be filed 4 days prior to sentencing date.(vln)** (Entered: 03/29/2013) |
| 04/18/2013 | 35 | | Assented to MOTION to Extend Time to Submit PSR by Lisa Biron. (Moir, James) (Entered: 04/18/2013) |
| 04/18/2013 | | | **ENDORSED ORDER granting 35 Motion to Extend Time to file PSR as to Lisa Biron (1).** *Text of Order: Granted* **So Ordered by Judge Paul J.** |

| | | | |
|---|---|---|---|
| | | | **Barbadoro. (mm)** (Entered: 04/18/2013) |
| 04/26/2013 | 36 | | Assented to MOTION to Continue Sentencing by Lisa Biron. (Moir, James) (Entered: 04/26/2013) |
| 04/29/2013 | | | **ENDORSED ORDER granting 36 Assented to MOTION to Continue Sentencing as to Lisa Biron (1).** *Text of Order: Granted.* **So Ordered by Judge Paul J. Barbadoro. Sentencing set for 5/23/2013 02:00 PM before Judge Paul J. Barbadoro.** *The court has allotted 1 hour for the hearing. Please contact the court immediately if you anticipate the hearing will exceed the allotted time.* **Any motion seeking a departure or variance, as well as any sentencing memorandum, shall be filed 10 days prior to the sentencing date. Any response shall be filed 4 days prior to sentencing date.(vln)** (Entered: 04/29/2013) |
| 05/16/2013 | 38 | | Assented to MOTION to Clarify *Victim Status* by Lisa Biron. (Moir, James) (Entered: 05/16/2013) |
| 05/17/2013 | 39 | | SEALED DEFENDANT'S SENTENCING MEMORANDUM re: at Level I. (Attachments: # 1 Psychological Evaluation)(vln) (Entered: 05/17/2013) |
| 05/17/2013 | 40 | | Assented to MOTION to Seal 39 Defendant's Sentencing Memorandum at Level I, by Lisa Biron. (vln) (Entered: 05/17/2013) |
| 05/17/2013 | | | **ENDORSED ORDER denying 38 Motion to Clarify as to Lisa Biron (1).** *Text of Order: This is not a matter for the court. Motion denied.* **So Ordered by Judge Paul J. Barbadoro. (vln)** (Entered: 05/17/2013) |
| 05/21/2013 | 42 | | GOVERNMENT'S SENTENCING MEMORANDUM, Sealed at Level I, filed by USA (vln) (Entered: 05/21/2013) |
| 05/23/2013 | | | Minute Entry for proceedings held before Judge Paul J. Barbadoro: SENTENCING held on 5/23/2013 for Lisa Biron (1) Sentenced on Count 1s,2s−7s,8s to a total term of 480 months. Fine waived due to inability to pay. Appeal rights to defendant. (Court Reporter: Sandra Bailey) (Govt Atty: John Kacavus, Helen Fitzgibbon) (Defts Atty: James Moir) (USP: Melissa Elworthy)(Total Hearing Time: 2:05)(CJA Time: 2:25) (vln) (Entered: 05/24/2013) |
| 05/28/2013 | 45 | | NOTICE OF APPEAL by Lisa Biron. (No fee paid, USA or IFP.). [NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the Forms & Notices section of the First Circuit website at www.ca1.uscourts.gov, MUST be completed and submitted to the U.S. Court of Appeals for the First Circuit.]<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/efiling.htm** Designation of Exhibits Deadline set for 7/1/2013. (Moir, James) (Entered: 05/28/2013) |
| 05/28/2013 | | | **ENDORSED ORDER granting 40 Motion to Seal Document 39 Defendant's Sentencing Memorandum, at Level I as to Lisa Biron (1).** *Text of Order: Granted.* **So Ordered by Judge Paul J. Barbadoro. (vln)** (Entered: |

| | | | |
|---|---|---|---|
| | | | 05/28/2013) |
| 05/28/2013 | 46 | | **JUDGMENT as to Lisa Biron (1), Count(s) 1s, 2s–7s, 8s, Sentenced to a total term of 480 months, and a lifetime term of supervised release with special conditions; $800 special assessment due immediately. So Ordered by Judge Paul J. Barbadoro. (vln)** (Entered: 05/28/2013) |
| 05/28/2013 | 47 | | Appeal Cover Sheet as to Lisa Biron re 45 Notice of Appeal, (vln) (Entered: 05/28/2013) |
| 05/28/2013 | 48 | | Clerk's Certificate transmitting Record on Appeal to US Court of Appeals, documents numbered 45–48, as to Lisa Biron to USCA re 45 Notice of Appeal. Presentence Investigation Report is attached in a sealed envelope. A copy of the Notice of Appeal mailed to all parties this date. (vln) (Entered: 05/28/2013) |
| 05/29/2013 | | | Appellate Case Number: First Circuit Court of Appeals 13–1698 for 45 Notice of Appeal, filed by Lisa Biron (vln) (Entered: 05/29/2013) |
| 06/18/2013 | | | **COST CONTAINMENT INTERIM CJA 20: Authorization to Pay Cost Containment Interim Voucher No. 3 to James Moir, Esquire. Total Amount Paid this Voucher: $4,842.38. Certified by USDC Judge Paul Barbadoro on May 28, 2013. Approved by USCA Judge O. Rogeriee Thompson on June 12, 2013. (js)** Modified on 9/26/2013 to unseal entry (js). (Entered: 06/20/2013) |
| 09/13/2013 | 51 | | TRANSCRIPT of Proceedings for Jury Selection held on January 8, 2013. Court of Appeals Docket Number 13–1698. Court Reporter: Sandra Bailey, Telephone # 603–225–1454. At the discretion of the presiding judge, the transcript of jury selection may not be available for public inspection. To the extent the jury selection is available for public inspection at the Clerk's Office, it may not be copied or otherwise reproduced for a period of 90 days. Only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 10/7/2013. Redacted Transcript Follow Up 10/18/2013. Release of Transcript Restriction set for 12/12/2013. (vln) (Entered: 09/13/2013) |
| 09/13/2013 | 52 | | TRANSCRIPT of Proceedings as to Lisa Biron for Jury Trial, Day 2 held on January 9, 2013. Court of Appeals Docket Number 13–1698. Court Reporter: Sandra Bailey, Telephone # 603–225–1454. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number. |

| | | | |
|---|---|---|---|
| | | | **NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 10/7/2013. Redacted Transcript Follow Up 10/18/2013. Release of Transcript Restriction set for 12/12/2013. (vln) (Entered: 09/13/2013) |
| 09/13/2013 | 53 | | TRANSCRIPT of Proceedings as to Lisa Biron for Jury Trial, Day 3 held on January 10, 2013. Court of Appeals Docket Number 13–1698. Court Reporter: Sandra Bailey, Telephone # 603–225–1454. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 10/7/2013. Redacted Transcript Follow Up 10/18/2013. Release of Transcript Restriction set for 12/12/2013. (vln) (Entered: 09/13/2013) |
| 09/13/2013 | 54 | | TRANSCRIPT of Proceedings as to Lisa Biron for Sentencing held on May 23, 2013. Court of Appeals Docket Number 13–1698. Court Reporter: Sandra Bailey, Telephone # 603–225–1454. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 10/7/2013. Redacted Transcript Follow Up 10/18/2013. Release of Transcript Restriction set for 12/12/2013. (vln) (vln). (Entered: 09/13/2013) |
| 09/19/2013 | | | **COST CONTAINMENT INTERIM CJA 20: Authorization to Pay Cost Containment Final Interim Voucher No. 4 to James Moir. Total Amount Paid this Voucher: $3,784.76. Certified by USDC Judge Paul Barbadoro on 8/30/2013. Approved by USCA Judge O. Rogeriee Thompson on 9/19/2013. (js)** Modified on 9/26/2013 to unseal entry(js). (Entered: 09/26/2013) |
| 11/17/2014 | 56 | | JUDGMENT entered by Jeffrey R. Howard, Appellate Judge; Rogeriee Thompson, Appellate Judge and William J. Kayatta, Jr., Appellate Judge. 13–1698 Affirmed. (vln) (Entered: 11/17/2014) |

| | | | |
|---|---|---|---|
| 12/09/2014 | 57 | | MANDATE of USCA as to Lisa Biron re 45 Notice of Appeal (vln) (Entered: 12/09/2014) |
| 04/13/2015 | 58 | | MOTION for Return of Property by Lisa Biron. Follow up on Objection on 4/30/2015. (Attachments: # 1 Receipt for Property) (vln) (Entered: 04/17/2015) |
| 04/30/2015 | 59 | | RESPONSE to Motion by USA as to Lisa Biron re 58 MOTION for Return of Property . (Fitzgibbon, Helen) (Entered: 04/30/2015) |
| 05/04/2015 | 60 | | RECEIPT. All Trial Exhibits RETURNED TO USA. Acknowledgment signed by Helen White Fitzgibbon, AUSA. (vln) (Entered: 05/04/2015) |
| 05/06/2015 | | | **ENDORSED ORDER re: 58 Motion for Return of Property as to Lisa Biron (1).** *Text of Order: The government has agreed to return all items the defendant is entitled to receive. The motion is denied as moot to the extent that the government has agreed to the relief requested and denied for the reasons set forth in the government's response to the extent that the government has objected to defendant's request.* **So Ordered by Judge Paul J. Barbadoro. (vln)** (Entered: 05/06/2015) |
| 03/23/2016 | 61 | | Copy of MOTION under 28 U.S.C. 2255 filed. (Civil Action 1:16−cv−108−PB). All further docketing will be in the civil case. Copy of the petition has been sent to the AUSA for information only by Lisa Biron. (lml) (Entered: 03/23/2016) |
| 02/05/2018 | | | File located at National Archives and Records Administration (NARA), Waltham, MA. ARCIS Transfer # PT−021−2018−0049, Box No. 4. (lml) (Entered: 03/13/2018) |
| 07/02/2018 | 62 | | MOTION for Relief from Judgment Under Rule 60(b) by Lisa Biron. Follow up on Objection on 7/16/2018. (vln) (Entered: 07/03/2018) |
| 07/16/2018 | 63 | | MEMORANDUM in Opposition by USA as to Lisa Biron re 62 MOTION Relief from Judgment Under Rule 60(b) . Attorney Seth R. Aframe added to party USA(pty:pla). (Aframe, Seth) (Entered: 07/16/2018) |
| 07/17/2018 | | | **ENDORSED ORDER denying 62 MOTION Relief from Judgment Under Rule 60(b) as to Lisa Biron (1).** *Text of Order: The motion is denied for the reasons set forth in the government's objection.* **So Ordered by Judge Paul J. Barbadoro. (vln)** (Entered: 07/17/2018) |
| 07/23/2018 | 64 | | NOTICE OF APPEAL by Lisa Biron re Order on Motion for Relief from Judgment Under Rule 60(b). UNPAID Filing fee $ 505. File−stamped copy to be sent to parties/USCA by Clerks Office. <br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel and pro se parties should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at  http://www.ca1.uscourts.gov/cmecf** (vln) (Entered: 07/24/2018) |
| 07/24/2018 | 65 | | Appeal Cover Sheet as to Lisa Biron re 64 Notice of Appeal (vln) (Entered: 07/24/2018) |
| 07/25/2018 | 66 | | Clerk's Certificate transmitting Record on Appeal to US Court of Appeals, with Endorsed Order dated 7/17/2018 and documents 62−66, as to Lisa Biron to USCA re 64 Notice of Appeal. (vln) (Entered: 07/25/2018) |

| | | | |
|---|---|---|---|
| 07/25/2018 | | | Appellate Case Number: FIRST CIRCUIT COURT OF APPEALS 18–1705 for 64 Notice of Appeal, filed by Lisa Biron (vln) (Entered: 07/25/2018) |
| 08/10/2018 | 67 | 13 | **ORDER denying Certificate of Appealability as to Lisa Biron. So Ordered by Judge Paul J. Barbadoro. (vln)** (Entered: 08/10/2018) |
| 08/10/2018 | 68 | 12 | Clerk's Supplemental Certificate transmitted to US Court of Appeals as to Lisa Biron re 64 Notice of Appeal, with document(s) numbered 67. (vln) (Entered: 08/10/2018) |

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE


  USA                                    12-cr-140-01-PB
                                         Appeal No. 18-1705

     v.

  Lisa Biron

             CLERK'S SUPPLEMENTAL CERTIFICATE TO
                   CIRCUIT COURT OF APPEALS

     I,Vincent Negron, Deputy Clerk of the United States District
Court for the District of New Hampshire, do hereby certify that the
following documents constitute the supplemental record on appeal to
the First Circuit Court of Appeals:

     DOCUMENTS NUMBERED:67, Order denying Certificate of
     Appealability.

     The Clerk's Office hereby certifies the record and docket sheet
available through ECF to be the certified record and the certified
copy of the docket entries.


                              IN TESTIMONY WHEREOF, I hereunto
                              set my hand and affix the seal
                              of said Court, at Concord, in
                              said District, on this day,
                              August 10, 2018
```

**FCPKGN'L0N[ PEJ , Clerk**

**By: /s/ Vincent Negron, Deputy Clerk**

**Aug 10, 2018**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United State of America

    v.

Lisa Biron

Case No. 12-cr-140-01 PB
Appeal No. 18-1705

ORDER

The Court finds that the defendant, Lisa Biron, has failed to make a substantial showing of the denial of a constitutional right, and therefore declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); R. Governing Sec. 2255 Proc. 11; First Cir. LR 22.0. SO ORDERED.

                                          /s/ Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

Date: August 10, 2018

cc:  Lisa Biron, pro se
      Seth Aframe, Esq.