# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __United States, Appellee v. Lisa Biron, Defendant-Appellant__

District Court Case No. __1:12-CR-00140-PB-1__　　District of PLEASE SELECT __NH__

Date Notice of Appeal filed __7/23/2018__　　Court of Appeals Case No. __18-1705__

Form filed on behalf of __Lisa Biron, Appellant__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal __X__

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____
Phone Number of Reporter _____

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Lisa Biron__　　Filer's Signature __Lisa Biron__
Firm/Address __Waseca, MN 56093__　　Filer's Email address __N/A__
Telephone number __N/A__　　Date mailed to court reporter __8/8/18__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)　　SEE INSTRUCTIONS ON REVERSE

## Certification of Service

I hereby certify that a copy of the Transcript Report Form was mailed postage paid to Seth Aframe, Esq. on this date.

8/8/18
Date

*Lisa Biron*
Lisa Biron

Lisa A. Biron
Reg. # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

2018 AUG 13 PM 1:52

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

August 8, 2018

Clerk of Court
First Circuit Court of Appeals
One Courthouse Way
Boston, MA 02210-3011

Re: Case No. 18-1705

Dear Ms. Carter:

I have enclosed, for filing with the Court, the Transcript Order Form.

Please also note that I was "determined to be financially unable to obtain an adequate defense in [the related] criminal case, [and, therefore,] may proceed on appeal in forma pauperis without further authorization." See Fed. R. App. P. 24(a)(3).

Thank you for your consideration in this matter.

Sincerely,

Lisa Biron

Lisa Biron

Enclosure

Cc: Seth Aframe, Esq.

Name: Lisa Biron
Reg# 12775-049
Federal Correctional Institution Unit D
P.O. Box 173
Waseca, MN 56093

MINNEAPOLIS MN 554
09 AUG 2018 PM 1 L



USMS SCREENED

⇔12775-049⇔
First Cir Ct Of Appeals
Clerk of Court
1 Courthouse WAY
Boston, MA 02210-3011
United States

022103024