Lisa A. Biron
Reg. # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

2018 AUG 27 PM 1:17
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

August 22, 2018

Court of Appeals
First Circuit
One Courthouse Way
Boston, MA 02210-3011

## Letter-Motion to Clarify and Stay All Proceedings Pending Clarification From Court

Dear Circuit Panel:

I received the Clerk's revised correspondence dated August 16, 2018. I was, therein, advised that my application for a certificate of appealability ("COA") has been docketed in appeal no. 18-1705. That application, as explained in my letter of July 31, 2018 is **not** relevant to appeal no. 18-1705. As I explained in my letter, that application for a COA is to appeal the October 2017 denial of my motion under 28 U.S.C. § 2255, Opinion no. 2017 DNH 211, case no. 16-CV-108-PB.

Appeal no. 18-1705 is an appeal of the denial of my motion under Rule 60(b), ECF DOC #32, case no. 12-CR-140. This motion was denied for want of jurisdiction because of the District Court's erroneous classification of the motion as a second or successive § 2255. This ruling is **not** a "final order" in a habeas proceeding within the meaning of 28 U.S.C. § 2253 and, therefore, this Court has jurisdiction under 28 U.S.C. § 1291 to hear the appeal without a COA. I request to appeal without a COA or that the Court certify the question of whether a COA is required in this situation to the United States Supreme Court.

Alternatively, please issue a briefing schedule to give me the opportunity to file an application for a COA with supporting argument relative to appeal no. 18-1705.

Wherefore, please stay all proceedings and provide clarification of the matters addressed in this letter-motion.

Respectfully,

*Lisa Biron*
Lisa Biron

Cc: Seth Aframe

## Certification

I, hereby, certify that a copy of my Letter-Motion to Clarify and Stay All Proceedings Pending Clarification From the Court was mailed First-class postage prepaid to Seth Aframe on this date.

8/22/2018
Date

*Lisa Biron*
Lisa Biron

Case: 18-1705  Document: 00117332041  Page: 3  Date Filed: 08/27/2018  Entry ID: 6194135

Name Lisa Biron  Reg# 12775-0
Federal Correctional Institution Unit D
P.O. Box 1731
Waseca, MN 56093

**CERTIFIED MAIL**

7018 0040 0000 3035 9037

USMS CRGREENED

⇔12775-049⇔
First Cir Ct Of Appeals
Clerk of Court
1 Courthouse WAY
Boston, MA 02210-3011
United States

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address. Date Mailed:

AUG 22 2018

02210$3002 C079

Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0741

AUG 22 2018

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address. Date Mailed:

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT