OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARGARET CARTER  
CLERK

JOHN JOSEPH MOAKLEY  
UNITED STATES COURTHOUSE  
1 COURTHOUSE WAY, SUITE 2500  
BOSTON, MA 02210  
(617) 748-9057

September 18, 2018

Lisa Biron  
#12775-049  
FCI Waseca  
P.O. Box 1731  
Waseca, MN 56093

     Re:  <u>Biron</u> v. <u>United States</u>  
          Appeal No. 18-1705

Dear Ms. Biron:

     This letter acknowledges receipt on August 27, 2018, of your recent correspondence dated August 22, 2018, regarding the above case that is an appeal from district court No. 1:12-cr-00140-PB-1 (D.N.H.). Enclosed please find a copy of the docket sheet of your case for your convenience.

     As you can see, the court received your motion for a certificate of appealability, captioned for this First Circuit Court of Appeals, on August 9, 2018. The revised letter sent to you on August 16, 2018, notified you that the district court denied issuance of a certificate of appealability, that your motion for a certificate of appealability is now with the Court of Appeals for consideration. Also, on August 23, 2018, a default notice entered directing you to pay the filing fee, or to file a motion for leave to proceed in forma pauperis, in the district court on or before September 6, 2018. A review of the district court docket shows that your motion for leave to proceed in forma pauperis is pending. In your recent correspondence, you indicate that you intended to appeal a district court order in No. 1:16-cv-00108-PB (D.N.H.).

     If you intend to pursue an appeal from a district court order, a notice of appeal must be filed in the district court pursuant to Fed. R. App. P. 3 and 4. A notice of appeal in a civil case must be filed within 30 days after the entry of judgment or order appealed from. Fed. R. App. P. 4(a)(1). But under Fed. R. App. P. 4(a)(B), the deadline to file the notice of appeal in the district court is 60 days if one of the parties is the United States. To the extent your notice of appeal is filed outside or beyond the applicable deadline, it must be accompanied by a motion for extension of time to file an appeal, showing excusable neglect or good cause. Fed. R. App. P. 4(a)(5). A copy of the First Circuit Rulebook is enclosed for your convenience. Form 1 in the Appendix of Forms provides a sample of a notice of appeal.

     I hope this information is helpful to you.

                    Sincerely,

                    <u>/s/ Margaret Carter, Clerk</u>

er
Enc.

cc:
John Paul Kacavas
Donald A. Feith
Seth R. Aframe
Helen White Fitzgibbon

Case: 18-1705    Document: 00117340819    Page: 2    Date Filed: 09/18/2018    Entry ID: 6199058