Lisa A. Biron
Reg. #12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

2018 OCT -1 PM 12: 51

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Clerk Carter                                                    September 25, 2018
First Circuit Court of Appeals
One Courthouse Way, Ste 2500
Boston, MA 02210

Re: **Biron v. United States**, appeal no. 18-1705

Dear Ms. Carter:

Thank you for your letter of September 18, 2018, received on September
24, 2018.  There was not a First Circuit Rulebook enclosed with the corre-
spondence.  I do intend to appeal the district court order of October 2,
2017, and will be filing a notice of appeal accompanied by a motion for
extension of time to file an appeal in the district court as you explain-
ed.

It was in regard to this October 2017 Order that I filed the application
for a certificate of appealability that has been incorrectly docketed (on
8/9/2018) in appeal no. 18-1705.  **Please unfile this document.**

As explained in my August 22, 2018 Motion to Stay, I do not believe the
law requires a certificate of appealability to appeal the dismissal (on
7/17/2018) of my Motion Under Rule 60(b) for want of jurisdiction as it
was not a final order in a § 2255 proceeding.  **I assume the Court will
address this issue as requested in my August 22, 2018 motion??**

If the Court is going to require a COA for appeal no. 18-1705, I need to
file one.  Please advise.

Thank you for your attention to this matter.

Sincerely,

*Lisa Biron*

Lisa Biron

Name: *Lisa Dion*    Reg# 12775-049
Federal Correctional Institution Unit    D
P.O. Box 1731
Waseca, MN 56093

26 SEP 2018 PM 2 L



USA FOREVER

⇔12775-049⇔
First Cir Ct Of Appeals
Clerk of Court
1 Courthouse WAY
Boston, MA 02210-3011
United States

02210-302499

