Lisa A. Biron
Reg. # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

**RECEIVED**
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE
2018 OCT -9 PM 2: 43

Margaret Carter, Clerk
U.S. Court of Appeals
One Courthouse Way, Ste 2500
Boston, MA 02210

October 2, 2018

Dear Clerk Carter:

I write to follow-up with you regarding my September 25, 2018 correspondence.

I mailed my Notice of Appeal and my Motion for Extension of Time to File an Appeal to the District Court of New Hampshire on this date.

The Application for the COA that was incorrectly docket in appeal no. 18-1705 (which I asked you to unfile) corresponds with the NOA and Motion mentioned above that was mailed out today.

Thank you for your assistance with this matter.

Sincerely,

*Lisa Biron*

Lisa Biron

Name Lisa Biron   Reg# 12775-049
Federal Correctional Institution Unit   D
P.O. Box 1731
Waseca, MN 56093

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address. Date Mailed: _____

⇔12775-049⇔
First Cir Ct Of Appeals
Clerk of Court
1 Courthouse WAY
Boston, MA 02210-3011
United States

USMS SCREENED

OCT 0 2 2018

02210-302499