Lisa A. Biron
Reg. #12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

2020 MAY -4 AM 11: 58

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Circuit Justices
First Circuit Court of Appeals
One Courthouse Way
Boston, MA 02210-3011

April 28, 2020

Re: Biron v. United States, No. 18-1705

<u>Letter of Supplemental Authority</u>

Dear Justices:

On March 23, 2020, the United States Supreme Court denied certiorari in <u>Avery v. United States</u>, No. 19-633. In connection with the denial, Supreme Court Justice Kavanaugh issued a statement that bears on the present case, No. 18-1705, pending before this Court.

Avery's case involved the application of 28 U.S.C. § 2244(b) to a federal inmate's second or successive motion under 28 U.S.C. § 2255. Justice Kavanaugh noted, in his statement, that six (6) Courts of Appeals have held the statute applicable to bar second or successive federal prisoners' motions even though the text of § 2244(b) refers only to state inmates' petitions under 28 U.S.C. § 2254, but that the Sixth Circuit recently decided that the statute applies only to state inmates' petitions.

In part,[1] Ms. Biron makes this argument in her motion (No. 18-1705). Importantly, as Justice Kavanaugh stated, the United States now <u>agrees</u> that "Section 2244(b)(1) does not apply to Section 2255 motions . . . ." <u>Avery</u>, No. 19-633 (Gov't's Brief in Opposition 10).

Ms. Biron suggests that it may be appropriate for this honorable Court to request a response from the government addressing her motion.

Thank you for your consideration in this matter.

Sincerely,

*Lisa Biron*

Lisa Biron

Cc: AUSA Seth Aframe

---

1 Ms. Biron's motion also addresses the interpretation of 28 U.S.C. § 2244(a), which she argues allows a circuit or district judge to consider a petition if the ends of justice are served regardless of § 2255(h).

## Certification

I hereby certify that a copy of this Letter of Supplemental Authority was mailed to AUSA Seth Aframe via U.S. Mail, postage paid, on this date.

4/28/2020

Lisa Biron

a Biron
12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

MINNEAPOLIS MN 553

29 APR 2020 PM 4 L

⇔12775-049⇔
First Cir Ct Of Appeals
Clerk of Court
1 Courthouse WAY
Boston, MA 02210-3011
United States

APR 28 2020

USMS SCHEME

02210-302499