# United States Court of Appeals
## For the First Circuit

No. 18-1705

LISA BIRON

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**MANDATE**

Entered: November 19, 2020

In accordance with the judgment of May 2, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Seth R. Aframe
Lisa Biron
Donald A. Feith
Helen White Fitzgibbon