# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 1, 2021

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

    Re: Lisa Biron
        v. United States
        No. 20-7635
        (Your No. 18-1705)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 24, 2021 and placed on the docket April 1, 2021 as No. 20-7635.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst